Argued June 11, 1980. Joseph Mellace, for appellants; John G. Jenemann, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.

433 A.2d 122

Walsh et al. v. Hinman, M. D. et al.

Appeal of The Aetna Casualty and Surety Company.

Petition for Allowance of Appeal Denied Feb. 26, 1982.

 Argued June 12, 1980. Fredric L. Goldfein, for appellant; John J. McCarty, for Walsh, appellee. Albert L. Bricklin, for Hinman, appellee.

Before WICKERSHAM, WATKINS and LIPEZ, JJ.

Order affirmed on the opinion of the lower court.

LIPEZ, J., concurred in the result.

433 A.2d 122

Yeaple v. Yeaple, Appellant.

Argued March 6, 1980.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

512

Gerald E. Ruth, for appellant; Samuel M. Learned, for appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Affirmed.

433 A.2d 122

Yeaple, Appellant, v. Yeaple.

Argued March 6, 1980.
Gerald E. Ruth, for appellant; Samuel M. Learned, for appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Affirmed.

March 6, 1981.

433 A.2d 122

Commonwealth v. Arzonica, Appellant.

Argued March 3, 1980. James W. Harris, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.